# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1060
Lower Tribunal No. CF21-007638-XX

_____

JAVORICE DEXTER TRAMEL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
J. Kevin Abdoney, Judge.

October 10, 2025

PER CURIAM.

AFFIRMED. *See Avalos v. State*, 50 Fla. L. Weekly D1950a (Fla. 6th DCA Aug. 29, 2025).

NARDELLA, WOZNIAK and BROWNLEE, JJ., concur.


Blair Allen, Public Defender, Bartow, and Ann Fitz, Special Assistant Public Defender, Lakewood Ranch, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED